United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOTAN CORP., a California corporation,

          Plaintiff,

  v.

BAP LOGISTICS, a California corporation,
BARRY A. PRATER, an individual, and
DOES 1–100, inclusive,

          Defendants.

                               /

No. C 06-06994 WHA

**ORDER DENYING
PLAINTIFF'S MOTION
TO COMPEL AND
VACATING HEARING**

      Plaintiff's motion to compel is far too late to entertain under Local Rule 26-2, is

**DENIED**, and is taken off calendar.  Good cause has not been shown to make an exception.

Counsel should have anticipated the deadline and acted accordingly.

      **IT IS SO ORDERED.**

Dated:  September 10, 2007.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE