**CHRISTOPHER ASHWORTH, ESQ. (SBN 54889)**
**ERIN M. ADRIAN, ESQ. (SBN 228718)**
**SILICON VALLEY LAW GROUP**
**25 Metro Drive, Suite 600**
**San Jose, California 95110**
**Telephone:  408/573-5700**
**Facsimile: 408/573-5701**
**Email: ca@svlg.com**
       **ema@svlg.com**

**Attorneys for Plaintiff Hotan Corp.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOTAN Corp., a California corporation , | Case No. C 06 6994 WHA |
| Plaintiff, | **STIPULATION AND ORDER RE** |
| v. | **EXTENSION OF TIME TO FILE** |
| BAP LOGISTICS, INC., a California corporation; | **PAPERS** |
| BARRY A. PRATER, an individual; and DOES 1-100, inclusive, | |
| Defendants. | |
| BAP LOGISTICS, INC., | |
| Cross-Complainant, | |
| v. | |
| HOTAN CORP., KHYPERMEDIA, INC., MEGATRUX, INC., a Florida corporation; ALEJANDRO ONSANTO, an individual and ROES 1 through 100, | |
| Cross-Defendants. | |

The parties stipulate and agree as follows in connection with the following facts:

    1.  Over the previous weekend, counsel for plaintiff was rendered deaf in one ear.

    2.  According to plaintiff's counsel, such deafness has made communication with plaintiff's witnesses somewhat problematical, and has so reported to defendants' counsel.

    3.  Counsel for plaintiff believes that plaintiff's opposition to defendants' motion for summary judgment is due on Friday, September 28, 2007.

Silicon Valley
Law Group
25 Metro Drive
Suite 600
San Jose, CA 95110
(408) 573-5700

Page 1
**STIPULATION AND ORDER**

4. Counsel for defendants believes that plaintiff's opposition is due on Thursday, September 27, 2007.

5. Both counsel agree that an extension of time to oppose to Friday, September 28, 2007 is acceptable.

6. By the court's agreeing to the stipulation proffered here, the parties do NOT contemplate any delay in the hearing of the defendants' motion for summary judgment.

Wherefor, the parties stipulate as follows:

1. That plaintiff may have until Friday, September 28, 2007 to file its opposition to defendants' motion for summary judgment; and

2. That defendants shall have until Friday, October 5, 2007 to file their reply to plaintiff's opposition.

DATED: SEPTEMBER 26, 2007                 SILICON VALLEY LAW GROUP

                                          By /s/Christopher Ashworth
                                             CHRISTOPHER ASHWORTH


DATED: SEPTEMBER 26, 2007                 GREENE, CHAUVEL, DESCALSO & MINOLETTI

                                          By /s/ Marc Hershman
                                             MARC HERSHMAN

## ORDER

Plaintiff may have until Friday, September 28, 2007 to file its opposition to defendants' motion for summary judgment. Defendants may have until Friday, October 5, 2007 to file their reply to plaintiff's opposition.


September 27, 2007

                                          _____
                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

Silicon Valley
Law Group
25 Metro Drive
Suite 600
San Jose, CA 95110
(408) 573-5700

# PROOF OF SERVICE

I declare as follows:  I am over eighteen years of age and not a party to the within action; I am employed in the County of Santa Clara, California; my business address is 25 Metro Drive, Suite 600, San Jose, CA 95110.

On September 26, 2007, I served a true and correct copy of the following document[s], with all exhibits, if any, on the following party[ies]: **STIPULATION AND ORDER RE EXTENSION OF TIME TO FILE PAPERS**

Marc Hershman, Esq.
Greene, Chauvel, Descalso & Minoletti
951 Mariner's Island Blvd. #630
San Mateo, CA 94404
Facsimile:  650/573-9689

**[ XX ] BY MAIL:**  I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I served the above document[s] on the party[ies] named above in the above-referenced matter, by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed to the party[ies] at the address[es] listed above.  [FRCP, Rule 5(b)].

**[ ] BY EXPRESS MAIL:**  I served the above document[s] on the party[ies] named above, in the above-referenced matter, by placing the above-named document[s] in a sealed envelope and depositing them in a mailbox regularly maintained by the United States Postal Service for receipt of Express Mail, at _____ Post Office, _____, California, with Express Mail postage thereon fully prepaid, addressed to the party[ies] at the address[es] listed above.  [ ]

**[ ] BY FEDERAL EXPRESS:**  I served the above-named document[s] on the party[ies] named above, in the above-referenced matter, by depositing the above document[s] in a box or other facility regularly maintained by Federal Express, in an envelope or package designated by Federal Express, with delivery fees paid on prepaid account, addressed to the party[ies] at the address[es] listed above.  [ ]

**[ ] BY FACSIMILE: On** _____, by use of fax machine number [408] 573-7864 or [408] 573-5720, I served the above-named document[s] on the party[ies] named above, in the above-referenced matter, by transmitting by fax machine to each party's fax machine number listed above.  The fax machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. [FRCP, Rule 5(b)].

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on September 26, 2007, at San Jose, California.

_/s/ Debi Shump_____
Debi Shump

Silicon Valley
Law Group
25 Metro Drive
Suite 600
San Jose, CA 95110
(408) 573-5700

**PROOF OF SERVICE**