IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOTAN CORPORATION, | No. C 06-06994 WHA |
| Plaintiff, | |
| v. | **NOTICE RE OCTOBER 18 HEARING** |
| BARRY A. PRATER, BAP LOGISTICS, INC., and DOES 1–100, inclusive, | |
| Defendants. | |

The parties should be prepared to answer the following questions, with supporting case law, at the hearing on October 18, 2007:

1. Does a short bill of lading automatically incorporate the Uniform Domestic Straight Bill of Lading ("Uniform Bill") if there were no explicit reference to the Uniform Bill in the short bill of lading?

2. Is there a requirement to provide the carrier with written notice if there were no explicit reference to a written notice requirement in the short bill of lading?

**IT IS SO ORDERED.**

Dated: October 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE