UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOTAN CORPORATION,<br><br>       Plaintiff(s),<br><br>  v.<br><br>BARRY A. PRATER, et al.,<br><br>       Defendant(s). | No. C06-6994 WHA (BZ)<br><br>**ORDER DEVISING SETTLEMENT CONFERENCE SCHEDULE** |

    This matter has been referred to me to conduct a settlement conference.

    Following a telephone conference at which counsel for both sides were present, **IT IS HEREBY ORDERED** as follows:

    1. By no later than **Monday, November 5, 2007**, plaintiff shall fax a written settlement demand to defendants and fax a copy to the court.

    2. By no later than **Friday, November 9, 2007**, defendants shall fax a written response to plaintiff and fax a copy to the court.

    3. A telephone conference is scheduled for **Tuesday, November 13, 2007 at 1:30 p.m.**, in the event the case is not

1

settled before then.  Counsel for plaintiff shall get counsel for defendants on the line and call the court at **415-522-4093**. The parties need not participate in the conference but should be available for consultation.

    4.  If the case does not settle, the court will schedule a conference in late November or early December at which personal attendance of the parties will be required.

Dated: October 31, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\HOTAN.SETT.CONF.ORD1.wpd