UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOTAN CORPORATION,)
)
        Plaintiff(s),)   No. C06-6994 WHA (BZ)
)
  v.)
) **SCHEDULING ORDER RE**
BARRY A. PRATER, et al.,) **SETTLEMENT CONFERENCE**
)
        Defendant(s).)

    Following a telephonic settlement conference at which each side was represented by counsel, **IT IS ORDERED** as follows:

    1.  Plaintiff shall fax a written counterproposal to defendant and the court by close of business on **Wednesday, November 14, 2007**.

    2.  Defendant shall fax a written counterproposal to plaintiff and the court by the close of business on **Thursday, November 15, 2007**.

    3.  A telephone conference to discuss the status of the settlement discussions will be held on **Friday, November 16, 2007 at 1:30 p.m.**  Counsel for defendant shall get counsel for

1

1  plaintiff on the line and call the court at **415-522-4093**.

2      4.  In the event the case does not settle, a settlement
3  conference is scheduled for **Tuesday, November 20, 2007 at**
4  **10:30 a.m.** in Courtroom G, 15th Floor, Federal Building, 450
5  Golden Gate Avenue, San Francisco, California 94102.

6      Lead trial counsel shall appear at the Settlement
7  Conference with the parties.  Any party who is not a natural
8  person shall be represented by the person or persons **not**
9  **directly involved** in the events which gave rise to the
10 litigation but with **full** authority to negotiate a settlement.
11 A person who needs to call another person not present before
12 accepting, rejecting or making any settlement offer does not
13 have full authority.  An insured party shall appear with a
14 representative of the carrier with full authority to negotiate
15 up to the limits of coverage.  The Court shall be notified
16 immediately if the carrier declines to attend.

17     Each party may lodge with the court a document of no more
18 than three pages containing a **candid** evaluation of the party's
19 likelihood of prevailing on the claims and defenses, and any
20 other information that party wishes not to share with opposing
21 counsel.  The more candid the parties are, the more productive
22 the conference will be.  This document shall not be served on
23 opposing counsel.

24     It is not unusual for conferences to last three or more
25 hours.  Parties are encouraged to participate and frankly
26 discuss their case.  Statements they make during the
27 conference will not be admissible at trial in the event the
28 case does not settle.  The parties should be prepared to

2

discuss such issues as:

1. Their settlement objectives.

2. Any impediments to settlement they perceive.

3. Whether they have enough information to discuss settlement. If not, what additional information is needed.

4. The possibility of a creative resolution of the dispute.

The parties shall notify Magistrate Judge Zimmerman's chambers immediately if this case settles prior to the date set for settlement conference. Counsel shall provide a copy of this order to each party who will participate in the conference.

Dated: November 13, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.07\HOTAN.SETT.CONF.ORD2.wpd

3