MICHAEL G. DESCALSO, ESQ. (SBN 104354)
RONALD C. CHAUVEL, ESQ. (SBN 083182)
SUSAN J. BAYERD, ESQ. (SBN 99290)
GREENE, CHAUVEL, DESCALSO & MINOLETTI
155 BOVET ROAD, SUITE 780
SAN MATEO, CA  94404
TELEPHONE:  650.573-9500
FACSIMILE:  650.573-9689
EMAIL:  mgd@greenechauvel.com
         sjb@greenechauvel.com

Attorneys for Defendants Barry Prater and
BAP Logistics, Inc. and Cross-Complainant
BAP Logistics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOTAN Corp., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BAP LOGISTICS, INC. a California corporation; BARRY A. PRATER, an individual; and DOES 1-100 inclusive,<br><br>    Defendants.<br>_____<br>BAP LOGISTICS, INC.<br><br>    Cross-Complainant,<br><br>v.<br><br>MEGATRUX, INC., a Florida corporation; ALEJANDRO MONSANTO, an individual, and ROES 1 through 100,<br><br>    Cross-Defendants. | Case No.:  C 06-6994 WHA<br><br>[~~PROPOSED~~] ORDER GRANTING INSTALLATION AND USE OF "ELMO" EQUIPMENT AT TRIAL |

GOOD CAUSE having been shown, the request of Defendants BAP Logistics, Inc. and Barry A. Prater to install and use a document camera, projector, tripod screen and stand (comonly known as "ELMO") is hereby GRANTED.

Date:  December 13, 2007.

_____
WILLIAM H. ALSUP

IT IS SO ORDERED
Judge William Alsup

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28